1026 

[No. 45822-1-I. Division One. November 26, 2001.]

PATRICK O'MALLEY, *Appellant*, v. GROUP HEALTH COOPERATIVE OF PUGET SOUND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-13363-5, Phillip G. Hubbard, Jr., J., entered November 24, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Coleman and Ellington, JJ.

[No. 45898-1-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02031-1, Richard J. Thorpe, J., entered December 22, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 46439-6-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY E. HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-1-00090-0, John M. Meyer, J., entered March 9, 2000. *Affirmed* by unpublished opinion per Appelwick, J, concurred in by Coleman and Grosse, JJ.

[No. 46663-1-I. Division One. November 26, 2001.]

JAMES R. GAYLORD, ET AL., *Appellants*, v. SNOHOMISH COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-09387-9, George N. Bowden, J., entered April 20, 2000. Request for attorney fees *denied* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.